## ATTACHMENT B

*AFFIDAVIT*
*of*
*Drug Enforcement Administration Special Agent Timothy Krisik*

I, Timothy Krisik, being first duly sworn, do hereby depose and state that:

1. I am a Special Agent (SA) with the Drug Enforcement Administration (DEA). As such, I am an investigative and law enforcement officer of the United States authorized to conduct investigations of, and to make arrests and seizures for, offenses enumerated in Title 21, United States Code. Further, pursuant Title 21, United States Code, Section 878, I am authorized to make arrests without a warrant for any offense against the United States committed in my presence, or for any felony, cognizable under the laws of the United States, if there is probable cause to believe that the person to be arrested has committed or is committing a felony. I have been a sworn law enforcement officer for 26 years. I have received specialized training and attended numerous seminars presented by the DEA relating to the manufacture, distribution, and/or possession with the intent to distribute controlled substances and the illegal possession of firearms.

2. The information contained in this affidavit is based upon my own investigation, oral and written reports by other law enforcement officers, and other investigative techniques. Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause to support the issuance of the criminal complaint, I have not described all of the relevant facts and circumstances of which I am aware.

3. On June 24, 2018, Missouri State Highway Patrol (MSHP) Sergeant Matt Funderburk conducted a traffic stop of a 2018 Mazda CX5 sport utility vehicle for speeding on southbound Missouri Highway 13 in Polk County, within the Western District of Missouri. Sergeant

1

Funderburk observed that a female driver and the passenger, Brent A. TRIBBLE (TRIBBLE), occupied the Mazda. While speaking with the female driver, Sergeant Funderburk observed a methamphetamine-smoking pipe on the center console. After observing the smoking pipe, Sergeant Funderburk and MSHP Sergeant James Musche conducted a search of the Mazda.

4. During the search, Sergeant Musche found, inside a black backpack, located in the rear-cargo area 1) a Taurus brand, PT111 Millennium G2 model, 9mm, semi-automatic pistol, serial number TJR43024; 2) a SCCY brand, CPX-2 model, 9mm, semi-automatic pistol, serial number 598877; 3) a Connecticut Valley Arms (CVA) brand, Wolf model, .50-caliber, black-powder rifle, no serial number; and 4) TRIBBLE's debit card.

5. In a post-*Miranda* interview conducted by your affiant, TRIBBLE admitted that the firearms found were his.

6. On June 25, 2018, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force Officer (TFO) David Schroeder test fired the Taurus brand, PT111 Millennium G2 model, 9mm, semi-automatic pistol, serial number TJR43024; and the SCCY brand, CPX-2 model, 9mm, semi-automatic pistol, serial number 598877. Those two firearms functioned as designed.

7. On the same date, ATF SA Brian Fox, a Firearm Interstate Nexus Expert, examined the Taurus brand, PT111 Millennium G2 model, 9mm, semi-automatic pistol, serial number TJR43024; and the SCCY brand, CPX-2 model, 9mm, semi-automatic pistol, serial number 598877. SA Fox concluded that the firearms were not manufactured in the state of Missouri and therefore, they would have been transported across a state line at some time during or before TRIBBLE's possession of them.

8. TRIBBLE has a prior felony conviction for possession of a controlled substance. Possession of a controlled substance is a crime punishable by imprisonment for a term exceeding one year

2

under laws of the State of Missouri.

9. Based upon my training and experience, for the reasons expressed above, there is probable cause to believe that TRIBBLE has committed the following criminal act in violation of federal law: felon in possession of firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Further Affiant Sayeth Not.

_____
Timothy Krisik
Special Agent, DEA

Subscribed and sworn to before me in my presence on the 26th day of June, 2018, at 1:21 a.m./p.m.

_____
Honorable Judge David P. Rush
United States Magistrate Judge
Western District of Missouri

3